ROSE GREENBERG, Respondent, v. DOR-RO LAND CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

SYDNEY P. GROSSMAN, Respondent, v. SAMUEL BELLACH, INC., and MORRIS BELLACH, Appellants, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

CHARLES HYDE and SALLY HYDE, Appellants, v. WILLIAM J. DALTON, as Mayor, etc.; THOMAS J. HOGAN, as Supervisor, etc.; JAMES M. POWER and Others, Individually and as Councilmen, etc., All Constituting the Council of the City of Long Beach, N. Y., and Another, Respondents.— Order denying motion for injunction *pendente lite* reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the meeting of June 15, 1927, was illegally held. We do not pass upon any other question raised. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

In the Matter of the Judicial Settlement of the Final Account of the Proceedings of JENNIE BARNETT, as Committee of the Person and Property of EDWARD BARNETT, an Incompetent Person. GEORGE C. MANNING, JR., as Special Guardian, Appellant; JENNIE BARNETT, as Committee, etc., Respondent; UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Order directing Jennie Barnett, as committee, to file amended schedules to her final account and directing the referee to take and state the account, reversed upon the law and the facts, with ten dollars costs and disbursements to the special guardian, and motion denied, with ten dollars costs to the special guardian. We are of opinion that the practice of procuring orders *nunc pro tunc* to provide for the approval of unauthorized expenditures must be discouraged. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Transfer Tax upon the Estate of MARGERY L. CHASE, Deceased. AMERICAN TRUST COMPANY, as Sole Executor of and Trustee, etc., of MARGERY L. CHASE, Deceased, Appellant; STATE TAX COMMISSION, Respondent.— Order of the Surrogate's Court of Westchester county unanimously affirmed, with costs payable by the executor and trustee personally. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.